AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the

United States Courts
Southern District of Texas
FILED

JUL 05 2019

David J. Bradley, Clerk of Court

Ephesian Johnny Franklin
*Plaintiff/Petitioner*

v.

Jeff Bezos Amazon Kindle
*Defendant/Respondent*

Civil Action No. _____

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are: Amazon Kindle Ebooks

My gross pay or wages are: $ 0.00 , and my take-home pay or wages are: $ 0.00 per *(specify pay period)* na .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

   (a) Business, profession, or other self-employment    ☒ Yes    ☐ No
   (b) Rent payments, interest, or dividends             ☐ Yes    ☒ No
   (c) Pension, annuity, or life insurance payments      ☐ Yes    ☒ No
   (d) Disability, or worker's compensation payments     ☒ Yes    ☐ No
   (e) Gifts, or inheritances                            ☒ Yes    ☐ No
   (f) Any other sources                                 ☐ Yes    ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.* Been in three vehicle wrecks without disability. Neck and back injured and in a rehabilitate the process with zero dollars

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: Digital books on Amazon Kindle Ephesians Spiritual Warfare Millennial Spiritual Warfare Riches of Millennial Christ

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: None

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: My stepdaughter Genesis Franklin, and my Step son Nasir Hamilton

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: None

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 7-3-19

Ephesian Franklin
Applicant's signature

Ephesian Franklin
Printed name

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

_Ephesian Johnny Franklin_
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_Jeff Bezos Amazon Kindle_
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ephesian Franklin
Street Address: 11815 S Perry Avenue
City and County: Houston, Tx 77071 Harris County
State and Zip Code: Texas, 77071
Telephone Number: 713-591-6612
E-mail Address: milli7ephesus@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name    Jeff Bezos

    Job or Title *(if known)*    Owner of Amazon·Kindle

    Street Address    410 Terry Street Ave

    City and County    N Seattle

    State and Zip Code    Washington, 98109

    Telephone Number    866-216-1072

    E-mail Address *(if known)*    jeff@amazon.com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* __Ephesian Franklin__, is a citizen of the State of *(name)* __Texas__.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* __Jeff Bezos__, is a citizen of the State of *(name)* __Washington__. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b. If the defendant is a corporation

The defendant, (name) **Amazon Kindle Ebooks**, is incorporated under the laws of the State of (name) **Washington**, and has its principal place of business in the State of (name) **Washington**.

Or is incorporated under the laws of (foreign nation) _____,

and has its principal place of business in (name) **Amazon Kindle**.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because (explain): **Three ebooks that have been with Amazon Kindle ebooks for 2 years with a non payment. Ephesians Spiritual Warfare, Millennial Jesus Spiritual Warfare, and Riches of Millennial Christ. On phone line I was told & I had a nice check and received emails about my royalties being over $100,000**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Ephesians Spiritual Warfare Sales rank:
Riches of Millennial Christ Sales rank: 4436194
Millennial Jesus Spiritual Warfare.

Books are living Testament out of the bible with numerous bible verses fulfilled with a non payment at all. Jeff Bezos is responsible

The books are stories with million dollar music artists. Paul Slayton, Slim Thug, City of Houston Slab Parade with a million dollar insurance policy. Million dollar witch involved. I receive no money at all not one dollar.**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. **I put all my life stories in these books with grammy nominated music artists. The house 1116 Wilson, my house used had over 30 million views the books speak about. Depraved Beyonce Knowles involved. She has 355 million dollars. Millionaire Slim Thug and Paul Wall are involved heavily. We had numerous million dollar sponsors around. Radio, TV shows, Slab Parades, newspapers, and political people. Without any payment from my books I poured everything in with all of the million dollar activity going on. I lost all my cars, houses, video footage, studio equipment. My wife belonging and my kids belongings. and all of our clothes due to none payment. The books are a living**

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 3, 2019

Signature of Plaintiff: *Ephesian Franklin*
Printed Name of Plaintiff: Ephesian Franklin

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____